| AO 10 Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2017 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) King, Ronald B. | 2. Court or Organization United States Bankruptcy Court, Western District of Texas | 3. Date of Report 04/20/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Bankruptcy Judge | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

615 East Houston Street, Suite 383
San Antonio, Texas 78205

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Joint Venturer | Woodstone Drive Joint Venture |
| 2. | Co trustee | Elaine King Reisinger Mineral Trust |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Ronald B. | 04/20/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | State Bar of Texas Bankruptcy Section | 3/15/2017 - 3/21/2017 | San Jose, Costa Rica | CLE Seminar | Travel, lodging & food |
| 2. | State Bar of Texas Bankruptcy Section | 6/1/2017 - 6/2/2017 | San Antonio, TX | CLE Seminar | Travel, lodging & food |
| 3. | University of Texas Continuing Legal Education | 7/19/2017 - 7/21/2017 | Galveston, TX | CLE Seminar | Travel, lodging & food |
| 4. | National Conference of Bankruptcy Judges | 10/8/2017 - 10/11/2017 | Las Vegas, NV | CLE Seminar | Travel, lodging & food |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Ronald B. | 04/20/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Ronald B. | 04/20/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Cal Western Life Insurance Company | | None | J | T | | | | | |
| 2. Dreyfus Growth/Value Funds Inc./Tech. Growth Fund C1.B (IRA) | A | Dividend | J | T | | | | | |
| 3. Frost Bank | A | Interest | J | T | | | | | |
| 4. Seligman Communication & Information Fund C1.B (IRA) | B | Dividend | K | T | | | | | |
| 5. Woodstone Drive Joint Venture | | None | J | W | | | | | |
| 6. Elaine King Reisinger Mineral Trust: | G | Royalty | N | W | | | | | |
| 7. (a) Parcel # 1 Reagan County, Texas; | E | Royalty | K | W | | | | | |
| 8. (b) Parcel # 2, Mitchell County, Texas; | A | Royalty | J | W | | | | | |
| 9. (c) Parcel # 3, Reagan County, Texas; | E | Royalty | K | W | | | | | |
| 10. (d) Parcel # 4, Reagan County, Texas; | E | Royalty | K | W | | | | | |
| 11. (e) Parcel # 5, Reagan County, Texas; | E | Royalty | K | W | | | | | |
| 12. (f) Parcel # 6, Coke County, Texas; | A | Royalty | J | W | | | | | |
| 13. (g) Parcel # 7, Harrison County, Texas | A | Royalty | J | W | | | | | |
| 14. USAA Tax Exempt Intermediate Term Fund | A | Dividend | | | Sold (part) | 02/17/17 | J | A | |
| 15. USAA Tax Exempt Intermediate Term Fund | A | Dividend | | | Sold (part) | 04/13/17 | J | A | |
| 16. USAA Tax Exempt Intermediate Term Fund | A | Dividend | | | Sold (part) | 06/08/17 | J | A | |
| 17. USAA Tax Exempt Intermediate Term Fund | A | Dividend | | | Sold | 12/05/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Ronald B. | 04/20/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. USAA Income Fund (USAIX) | A | Dividend | K | T | | | | | |
| 19. USAA Emerging Markets Fund (USEMX) | A | Dividend | J | T | | | | | |
| 20. USAA Growth Fund (USAAX) | B | Dividend | L | T | Buy (add'l) | 10/05/17 | K | | |
| 21. USAA Growth Fund (USAAX) | A | Dividend | L | T | Buy (add'l) | 12/05/17 | K | | |
| 22. USAA High Income Fund (USHYX) | A | Dividend | J | T | | | | | |
| 23. USAA International Fund (ISIFX) | B | Dividend | K | T | Sold (part) | 05/03/17 | J | A | |
| 24. USAA International Fund (ISIFX) | B | Dividend | K | T | Buy (add'l) | 10/05/17 | K | | |
| 25. USAA S & P 500 Index Fund (USSPX) | A | Dividend | K | T | Buy (add'l) | 03/03/17 | J | | |
| 26. USAA S & P 500 Index Fund (USSPX) | A | Dividend | K | T | Buy (add'l) | 12/05/17 | J | | |
| 27. USAA Small Cap Stock Fund (USCAX) | A | Dividend | J | T | Sold (part) | 06/26/17 | J | A | |
| 28. USAA Value Fund (UVALX) | A | Dividend | J | T | | | | | |
| 29. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Ronald B. | 04/20/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Ronald B. King**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544